Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

LODGED  DEC - 4 2002
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___ DEPUTY

FILED  DEC - 6 2002
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAING HOMES (CALIFORNIA), INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY CO. OF AMERICA, fka AETNA CASUALTY AND SURETY CO. OF AMERICA; and DOES 1 through 150, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. SACV 01-776 DOC (MLGx)<br><br>STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety. Plaintiff John Laing Homes' First Amended Complaint against defendant Travelers Casualty and Surety Company of America ("Travelers") and Travelers' Counterclaim for Declaratory Relief against John Laing Homes are dismissed with prejudice pursuant and subject to the terms of the written settlement agreement between these two

ENTER ON ICMS
DEC - 9 2002

-1-

1  parties. Travelers' Third-Party Complaint is hereby dismissed
2  without prejudice. The only parties that have appeared and
3  responded to Travelers' Third-Party Complaint are Tudor
4  Insurance Company and The Home Insurance Company. All parties
5  shall bear their own costs.

6  DATED: ~~November~~ December 2, 2002    JACKSON, DeMARCO & PECKENPAUGH

   By: _____
       Edward A. Galloway
       Attorneys for Plaintiff and
       Counterdefendant
       JOHN LAING HOMES (CALIFORNIA), INC.

12 DATED: November __, 2002    WESTON & McELVAIN LLP

   By: _____
       John F. Morning
       Attorneys for Defendant,
       Counterclaimant, and Third-Party
       Plaintiff
       TRAVELERS CASUALTY AND SURETY
       COMPANY OF AMERICA formerly known
       as The Aetna Casualty and Surety
       Company of America

20 DATED: November __, 2002    ZIMMERMAN & KAHANOWITCH

   By: _____
       Richard Kahanowitch
       Attorneys for Third-Party
       Defendant
       TUDOR INSURANCE COMPANY

25 ///
26 ///
27 ///
28

```
1  parties.  Travelers' Third-Party Complaint is hereby dismissed
2  without prejudice.  The only parties that have appeared and
3  responded to Travelers' Third-Party Complaint are Tudor
4  Insurance Company and The Home Insurance Company.  All parties
5  shall bear their own costs.
6  DATED: November __, 2002        JACKSON, DeMARCO & PECKENPAUGH
7
8                                  By: _____
9                                         Edward A. Galloway
                                    Attorneys for Plaintiff and
                                    Counterdefendant
10                                  JOHN LAING HOMES (CALIFORNIA),
                                    INC.
11
12 DATED: December 4, 2002          WESTON & McELVAIN LLP
13
14                                  By: _____
15                                         John F. Morning
                                    Attorneys for Defendant,
16                                  Counterclaimant, and Third-Party
                                    Plaintiff
17                                  TRAVELERS CASUALTY AND SURETY
                                    COMPANY OF AMERICA formerly known
18                                  as The Aetna Casualty and Surety
                                    Company of America
19
20 DATED: November __, 2002         ZIMMERMAN & KAHANOWITCH
21
22                                  By: _____
23                                         Richard Kahanowitch
                                    Attorneys for Third-Party
24                                  Defendant
                                    TUDOR INSURANCE COMPANY
25 ///
26 ///
27 ///
28
```

-2-

parties. Travelers' Third-Party Complaint is hereby dismissed without prejudice. The only parties that have appeared and responded to Travelers' Third-Party Complaint are Tudor Insurance Company and The Home Insurance Company. All parties shall bear their own costs.

DATED: November __, 2002        JACKSON, DeMARCO & PECKENPAUGH


                                By: _____
                                    Edward A. Galloway
                                Attorneys for Plaintiff and
                                Counterdefendant
                                JOHN LAING HOMES (CALIFORNIA),
                                INC.

DATED: November __, 2002        WESTON & McELVAIN LLP


                                By: _____
                                    John F. Morning
                                Attorneys for Defendant,
                                Counterclaimant, and Third-Party
                                Plaintiff
                                TRAVELERS CASUALTY AND SURETY
                                COMPANY OF AMERICA formerly known
                                as The Aetna Casualty and Surety
                                Company of America

DATED: November 27, 2002        ZIMMERMAN & KAHANOWITCH


                                By: _____
                                    Richard Kahanowitch
                                Attorneys for Third-Party
                                Defendant
                                TUDOR INSURANCE COMPANY

///
///
///

-2-

```
 1  DATED: November 28, 2002        BROWN & CORRADO LLP
 2
 3                                  By: _____
 4                                      Kimberly Brown
                                    Attorneys for Third-Party
 5                                  Defendant
                                    THE HOME INSURANCE COMPANY
 6
 7                                  ORDER
 8       Based upon the foregoing stipulation of the parties, IT IS
 9  HEREBY ORDERED that:
10       1.   The September 14, 2001 First Amended Complaint filed
11  by plaintiff John Laing Homes (California), Inc. ("John Laing
12  Homes") against defendant Travelers Casualty and Surety Company
13  of America ("Travelers") and the October 22, 2001 Counterclaim
14  for Declaratory Relief filed by Travelers against John Laing
15  Homes are dismissed with prejudice;
16       2.   The October 22, 2001 Third-Party Complaint filed by
17  Travelers is hereby dismissed without prejudice; and
18       3.   All parties shall bear their own costs in this action.
19  DATED: December 6, 2002
20
21                                  _____
22                                  UNITED STATES DISTRICT COURT JUDGE
23
24
25
26
27
28
```

-3-

DATED: November __, 2002     BROWN & CORRADO LLP

By: _____
   Kimberly Brown
   Attorneys for Third-Party
   Defendant
   THE HOME INSURANCE COMPANY

**ORDER**

Based upon the foregoing stipulation of the parties, IT IS HEREBY ORDERED that:

1. The September 14, 2001 First Amended Complaint filed by plaintiff John Laing Homes (California), Inc. ("John Laing Homes") against defendant Travelers Casualty and Surety Company of America ("Travelers") and the October 22, 2001 Counterclaim for Declaratory Relief filed by Travelers against John Laing Homes are dismissed with prejudice;

2. The October 22, 2001 Third-Party Complaint filed by Travelers is hereby dismissed without prejudice; and

3. All parties shall bear their own costs in this action.

DATED:_____

_____
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE BY MAIL

I am employed by the law firm of Jackson, DeMarco & Peckenpaugh and my business address is 2030 Main Street, Suite 1200, Post Office Box 19704, Irvine, California 92623-9704. I am over the age of 18 and not a party to the action. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.

On December 4, 2002 I served the foregoing document described as ***Stipulation for Dismissal and [Proposed] Order*** on the interested parties in this action by enclosing a true copy thereof in an envelope addressed as follows:

John Morning, Esq.
Weston & McElvain
888 W. Sixth Street
15th Floor
Los Angeles, CA 90017
**Attorneys for Travelers Casualty and Surety Company of America fka The Aetna Casualty & Surety Company of America**

Richard Kahanowitch, Esq.
Tracie L. Zimmerman, Esq.
Law Offices of Zimmerman & Kahanowitch
21650 Oxnard Street
Suite 700
Woodland Hills, CA 91367
**Attorneys for Third Party Defendant, Tudor Insurance Company**

Ralph S. LaMontagne, Jr., Esq.
Eric A. Amador, Esq.
Shaw, Terhar & LaMontagne, LLP
601 S. Figueroa Street, 37th Floor
Los Angeles, CA 90017
**Attorneys for Third-Party Defendant Steadfast Insurance Company**

Victor Bartholetti, Esq.
Lord, Bissell & Brook
300 S. Grand Avenue
Suite 800
Los Angeles, CA 90071-3200

Kimberly Brown, Esq.
Brown & Corrado, LLP
30011 Ivy Glen Drive
Suite 121
Laguna Niguel, CA 92677-5016

Said envelope was then sealed and placed for collection and mailing in the United States Mail on said date following ordinary business practice. Under that practice, correspondence would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 4, 2002, at Irvine, California.

Suzanne Delaney